**Timothy Peter RALBOVSKY, aka James J. Ralbovski, James J. Ralbovsky, and Timothy Ralbovski, Petitioner–Appellant,**

v.

**A.P. KANE, Warden, Respondent–Appellee.**

No. 06–55095.

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 16, 2007 *.

Filed April 19, 2007.

Timothy Peter Ralbovsky, Jamestown, CA, pro se.

Taylor T. Nguyen, Esq., AGCA–Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

### MEMORANDUM **

California state prisoner Timothy Peter Ralbovsky appeals *pro se* from the district court's judgment denying his habeas petition under 28 U.S.C. § 2254. We have jurisdiction under 28 U.S.C. §§ 1291 and 2253. We review *de novo, Beardslee v. Woodford,* 358 F.3d 560, 568 (9th Cir.2004), and we affirm.

Ralbovsky contends that trial counsel was ineffective for failing to consult with him regarding the decision to file a direct appeal, and for not following his instructions to file such an appeal. After reviewing the record, we conclude that the California courts did not unreasonably reject this claim. *See* 28 U.S.C. § 2254(d)(1); *Roe v. Flores–Ortega,* 528 U.S. 470, 480, 120 S.Ct. 1029, 145 L.Ed.2d 985 (2000).

Ralbovsky also contends that the provision of California's three-strikes law that forces him to serve 80% of the total sentence imposed, *see* Cal.Penal Code § 1170.12(a)(5), violates the Fourteenth Amendment's guarantee of equal protection. The state's interest in treating recidivists more harshly provides a rational basis for California's requirement that Ralbovsky, a recidivist, serve at least 80% of the total imposed sentence. *See Rummel v. Estelle,* 445 U.S. 263, 276, 100 S.Ct. 1133, 63 L.Ed.2d 382 (1980); *Kalka v. Vasquez,* 867 F.2d 546, 547 (9th Cir.1989). We therefore conclude that the California courts did not apply federal law unreasonably in rejecting this claim. *See* 28 U.S.C. § 2254(d)(1).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

